**Order entered June 19, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00795-CV

### IN RE MITCHELL KAZU ASTALOS, Relator

**Original Proceeding from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-52696-06**

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of

mandamus and prohibition. We **DENY** as moot relator's request for emergency relief. We

**ORDER** relator to bear the costs of this original proceeding.


/s/     JIM MOSELEY
        JUSTICE